| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Chief, Civil Division |
| 3 | EDWARD A. OLSEN, CSBN 214150<br>Assistant United States Attorney |
| 4 | |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-6915 |
| 6 | FAX: (415) 436-6927 |
| 7 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| MU LI WU,<br>YIN YIN LI, | ) ) ) | No. C 08-3541 SBA |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **STIPULATION TO EXTEND HEARING DATE; AND ORDER** |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security; Department of Homeland Security; JONATHAN SCHARFEN, Acting Director, USCIS; U.S. Citizenship and Immigration Services; GERARD HEINAUER, Director, USCIS Nebraska Service Center; LYNNE SKEIRIK, Director, U.S. Department of State, National Visa Center, | ) ) ) ) ) ) ) ) ) | Date: January 27, 2009<br>Time: 1:00 p.m. |
| Defendants. | ) ) | |

The plaintiffs, by and through their attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to extend the date of the hearing in this matter in light of the reasonable possibility that this case may become moot in the next four months.

1. Mu Li Wu ("Wu") is a native and citizen of China who, after receiving a grant of asylum in the United States, filed an I-730 petition with the United States Citizenship and Immigration Services ("USCIS") on behalf of her daughter.

STIPULATION TO EXTEND DATE OF HEARING; AND [PROPOSED] ORDER
C 08-3541 SBA                                      1

2. The I-730 petition has been approved by USCIS and Wu's daughter is waiting to be interviewed by the USCIS Field Office in Guangzhou, China, for the purpose of issuing a travel document.

3. The plaintiffs filed this action under the mandamus statute and the Administrative Procedure Act on July 23, 2008, asking the Court to direct USCIS to promptly issue a travel document.

4. The hearing on the parties' cross-motions for summary judgment is currently scheduled for January 27, 2009, at 1:00 p.m.

5. The beneficiary of the approved I-730 has recently been sent an interview notice by the USCIS Field Office in Guangzhou, China.

6. In light of this development, the parties believe there is a reasonable possibility that this case may be moot in the next four months.

7. Accordingly, the parties respectfully ask this Court to vacate the hearing on the parties' cross-motions for summary judgment, currently scheduled for January 27, 2009, at 1:00 p.m., and to re-schedule the hearing for May 26, 2009, at 1:00 p.m., or a date soon thereafter that is convenient for the Court.

8. If the case becomes moot in the interim, the parties will file a stipulation to dismiss.  If the case does not become moot in the interim, the defendants will file their reply (currently due on January 13, 2009) at least two weeks in advance of the re-scheduled hearing.

//
//
//
//
//
//
//
//
//

Dated:   January 6, 2009                                         Respectfully submitted,

STIPULATION TO EXTEND DATE OF HEARING; AND [PROPOSED] ORDER
C 08-3541 SBA                                         2

| | |
|---|---|
| | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| | |
| | /s/<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Dated: January 6, 2009 | /s/<br>ROBERT B. JOBE<br>LAW OFFICE OF ROBERT B. JOBE<br>Attorneys for Plaintiffs |

**ORDER**

Pursuant to stipulation, the January 27, 2009 hearing on the parties' cross-motions for summary judgment is vacated and re-scheduled for June 2, 3009, at 1:00 p.m. If the case becomes moot, the parties shall file a stipulation to dismiss. If the case does not become moot, the defendants' reply shall be due at least two weeks in advance of the June 2, 2009 hearing.

Dated: January 12, 2009    _____/s/ Saundra B Armstrong_____
SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

STIPULATION TO EXTEND DATE OF HEARING; AND [PROPOSED] ORDER
C 08-3541 SBA                                        3