JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MU LI WU, <br> YIN YIN LI, <br><br>     Plaintiffs, <br><br>     v. <br><br> MICHAEL CHERTOFF, Secretary, Department of Homeland Security; Department of Homeland Security; JONATHAN SCHARFEN, Acting Director, USCIS; U.S. Citizenship and Immigration Services; GERARD HEINAUER, Director, USCIS Nebraska Service Center; LYNNE SKEIRIK, Director, U.S. Department of State, National Visa Center, <br><br>     Defendants. | No. C 08-3541 SBA <br><br> **STIPULATION TO EXTEND HEARING DATE; AND [PROPOSED] ORDER** <br><br> Date:   June 2, 2009 <br> Time:   1:00 p.m. |

    The plaintiffs, by and through their attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to extend the date of the hearing in this matter in light of the reasonable possibility that this case may become moot in the next thirty days.

    1. Mu Li Wu ("Wu") is a native and citizen of China who, after receiving a grant of asylum in the United States, filed an I-730 petition with the United States Citizenship and Immigration Services ("USCIS") on behalf of her daughter.

STIPULATION TO EXTEND DATE OF HEARING; AND [PROPOSED] ORDER
C 08-3541 SBA                                         1

2. The I-730 petition has been approved by USCIS and Wu's daughter is waiting to be issued a travel document by the USCIS Field Office in Guangzhou, China, for the purpose of traveling to the United States.

3. The plaintiffs filed this action under the mandamus statute and the Administrative Procedure Act on July 23, 2008, asking the Court to direct USCIS to promptly issue a travel document.

3. The parties filed cross-motions for summary judgment and a hearing on those cross-motions was originally scheduled for January 27, 2009, at 1:00 p.m.

4. In light of the fact that, after the filing of the parties' cross-motions for summary judgment, the beneficiary of the approved I-730 was sent an interview notice by the USCIS Field Office in Guangzhou, China, the parties asked this Court to extend the date of the hearing on the cross-motions by four months in light of their belief that the case could become moot in that period.

5. On January 12, 2009, this Court extended the date of the hearing in this matter to June 2, 2009, at 1:00 p.m.

6. The petitioner was recently informed by the USCIS Field Office in Guangzhou, China, that she should appear in that office to receive paperwork – presumably to receive her travel document – on May 29, 2009.

7. In light of the reasonable probability that this case will be moot shortly, the parties respectfully ask this Court to again vacate the hearing on the parties' cross-motions for summary judgment, currently scheduled for June 2, 2009, at 1:00 p.m., and to re-schedule the hearing for July 7, 2009, at 1:00 p.m., or a date soon thereafter that is convenient for the Court.

8. If the case becomes moot in the interim, the parties will file a stipulation to dismiss. If the case does not become moot in the interim, the defendants will file their reply (currently due on May 18, 2009) at least two weeks in advance of the re-scheduled hearing.

//
//
//
//

STIPULATION TO EXTEND DATE OF HEARING; AND [PROPOSED] ORDER
C 08-3541 SBA                       2

| | | |
|---|---|---|
| 1 | Dated: May 15, 2009 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 3 | | |
| 4 | | /s/<br>EDWARD A. OLSEN |
| 5 | | Assistant United States Attorney<br>Attorneys for Defendants |
| 6 | | |
| 7 | Dated: May 15, 2009 | /s/<br>ROBERT B. JOBE |
| 8 | | LAW OFFICE OF ROBERT B. JOBE<br>Attorneys for Plaintiffs |

**X̶P̶R̶O̶P̶O̶S̶E̶D̶X̶ ORDER**

Pursuant to stipulation, the June 2, 2009 hearing on the parties' cross-motions for summary judgment is vacated and re-scheduled for July 7, 2009, at 1:00 p.m. If the case becomes moot, the parties shall file a stipulation to dismiss. If the case does not become moot, the defendants' reply shall be due at least two weeks in advance of the July 7, 2009 hearing.

Dated: May 19, 2009

_____
SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

STIPULATION TO EXTEND DATE OF HEARING; AND [PROPOSED] ORDER
C 08-3541 SBA      3