1  Robert B. Jobe (Cal. State Bar #133089)
   Katherine M. Lewis (Cal. State Bar #247258)
2  LAW OFFICE OF ROBERT B. JOBE
   550 Kearny Street, Suite 200
3  San Francisco, CA 94108
   Tel: (415) 956-5513
4  Fax: (415) 840-0308

5  Attorneys for Plaintiffs.

6                    UNITED STATES DISTRICT COURT FOR THE

7                      NORTHERN DISTRICT OF CALIFORNIA

8                              OAKLAND DIVISION

9

10 MU LI WU,                          )    No. CV 08-03541 SBA
   YIN YIN LI,                        )
11                                    )
          Plaintiffs,                 )
12                                    )    **MOTION FOR VOLUNTARY**
          v.                          )    **DISMISSAL AND**
13                                    )    **ORDER**
   MICHAEL CHERTOFF, ET AL.,          )
14                                    )
          Defendants.                 )
15 _____)

16        Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs Mu Li Wu and Yin Yin Li,

17 through counsel, request that their mandamus complaint currently pending before the Court be

18 dismissed without prejudice.  Subsequent to the filing of their mandamus complaint, Defendants

19 issued a refugee travel document to Plaintiff Yin Yin Li.  Therefore, Plaintiffs are no longer

20 alleging that the Defendants are illegally delaying the issuance of a refugee travel document.

21 //

22 //

23 //

24 //

25 //

26 //

27
   Motion for Voluntary Dismissal and [Proposed] Order
28 No. CV 08-03541 SBA

1    WHEREFORE, Plaintiffs pray that this Court allow them to voluntarily dismiss their

2    mandamus complaint, without prejudice.

3    Dated: June 17, 2009                              Respectfully submitted,

4                                                      /s/ Robert B. Jobe

5                                                      _____
                                                       Robert B. Jobe
6                                                      Katherine M. Lewis
                                                       LAW OFFICE OF ROBERT B. JOBE
7                                                      550 Kearny St., Ste. 200
                                                       San Francisco, CA 94108
8                                                      (415) 956-5513
                                                       (415) 840-0308
9                                                      Attorneys for Plaintiffs.

10

11

12

13                                          **ORDER**

14    IT IS HEREBY ORDERED that Plaintiffs' motion for dismissal of the action without

15    prejudice be granted.

16

17    DATED:6/16/09                          _____
                                             SAUNDRA BROWN ARMSTRONG
18                                           UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

Motion for Voluntary Dismissal and [Proposed] Order
No. CV 08-03541 SBA                           2